Paul Henneberry, Appellant, v. Henry E. Byers et al., Appellees.

Gen. No. 9,424.

opinion filed August 3, 1939. Young, Pares & Peterson, for appellant; Thomas J. Young, of counsel; March & Rossiter, for appellees; Benjamin F. March and Lyle H. Rossiter, of counsel. Opinion by PRESIDING JUSTICE DOVE. ''Not to be published in full.''